TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: ANIELLO JOSEPH PALLANTE

Number: 20-01333-CL7

Hearing: 10:00 AM  Monday, September 13, 2021

Motion: FIRST & FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR BAKER TILLY US LLP, ACCOUNTANTS AND CONSULTANTS FOR TRUSTEE

The court has considered Baker Tilly US, LLP's first and final application for compensation and reimbursement of expenses (ECF No. 55) and its own docket.  Having received no objection, and good cause appearing, the court **grants** the application, **awards** $9,409 in fees and $24.35 in costs, and excuses appearances at the September 13, 2021 hearing.  Baker Tilly may submit an order consistent with this tentative ruling.